**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COOK COUNTY, ILLINOIS, DUPAGE COUNTY, ILLINOIS, and WILL COUNTY, ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EVERNORTH HEALTH, INC. (F/K/A EXPRESS SCRIPTS HOLDING COMPANY), EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., UNITEDHEALTH GROUP, INC., OPTUM, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., OPTUMRX, INC., OPTUM DISCOUNT CARD SERVICES, LLC, OPTUM PERKS, LLC, OPTUMHEALTH CARE SOLUTIONS, LLC, OPTUMHEALTH HOLDINGS, LLC, and OPTUM HEALTH NETWORKS, INC.,<br><br>Defendants. | Case No: 26-cv-00494 |

**DEFENDANT OPTUMRX, INC.'S CORPORATE DISCLOSURE**
**STATEMENT AND LR 3.2 NOTIFICATION OF AFFILIATES**

In accordance with Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant OptumRx, Inc. makes the following disclosures:

1.      OptumRx, Inc. is incorporated in California and has its principal place of business in Minnesota.

2.      OptumRx, Inc. is wholly owned by OptumRx Holdings, LLC, which is wholly owned by Optum, Inc., which is wholly owned by United HealthCare Services, Inc., which is wholly owned by UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not

have any parent companies and is publicly traded on the New York Stock Exchange. No publicly

held company owns ten percent or more of UnitedHealth Group Incorporated's stock.

Dated: January 16, 2026

Respectfully submitted,

/s/      *Kara L. McCall*
Kara L. McCall (IL Bar No. 6272681)
**ALSTON & BIRD LLP**
227 W. Monroe St., Suite 3900
Chicago, IL 60606
T: (312) 702-8726
kara.mccall@alston.com

Brian D. Boone (*pro hac vice forthcoming*)
Matthew P. Hooker (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1120 S. Tryon St., Suite 300
Charlotte, NC 28203
T: (704) 444-1000
brian.boone@alston.com
matthew.hooker@alston.com

Michael A. Kaeding (IL Bar No. 6257408)
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
T: (919) 862-2200
mike.kaeding@alston.com

*Counsel for OptumRx, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2026, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT OPTUMRX, INC.S' RULE 7.1 DISCLOSURE STATEMENT AND LR 3.2 NOTIFICATION OF AFFILIATES** by using the Court's CM/ECF System. I also certify that the foregoing document is being served by e-mail and U.S. Mail on the following counsel:

Peter J. Flowers
Michael W. Lenert
MEYERS & FLOWERS, LLC
3 N 2nd Street, Suite 300
St. Charles, IL 60174
(630)232-6333
pjf@meyers-flowers.com
mwl@meyers-flowers.com

Jayne Conroy
Sarah Burns
Thomas I. Sheridan, III
SIMMONS HANLY CONROY, LLC
112 Madison Avenue
New York, NY 10016
212-784-6401
jconroy@simmonsfirm.com
sburns@simmonsfirm.com
tsheridan@simmonsfirm.com

*Counsel for Plaintiffs*

*/s/ Kara L. McCall*

3